| Fill in this information to identify your case: | |
|---|---|
| Debtor | ROSE MARY GRAZIANO |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse If filing) | JAMES GRAZIANO |
| | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania |
| Case number (If known) | 5:19-bk-01593 |

☑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Toyota Motor Credit<br>Name<br>5005 N RIver Blvd Ne<br>Number    Street<br>Cedar Rapids      IA      52411<br>City              State   ZIP Code | Contract to be assumed |
| 2.2 | AT&T Mobility<br>Name<br>PO Box 537104<br>Number    Street<br>Atlanta           GA     30353-7104<br>City              State   ZIP Code | Contract to be rejected |
| 2.3 | Name<br>Number    Street<br>City              State   ZIP Code | |
| 2.4 | Name<br>Number    Street<br>City              State   ZIP Code | |
| 2.5 | Name<br>Number    Street<br>City              State   ZIP Code | |

Official Form 106G   Schedule G: Executory Contracts and Unexpired Leases   page 1 of ___

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| 2.2 Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |
| 2._ Name / Number Street / City State ZIP Code | |